# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL SEKERA<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Defendant. | Case No. EDCV 14-1162 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgement by Defendant Allstate Indemnity Company, erroneously sued as Allstate Insurance Company, is GRANTED. Plaintiff Michael Sekera's First Amended Complaint against this Defendant is DISMISSED.

Judgment is entered in favor of Defendant Allstate Indemnity Company.

Dated: September 19, 2017

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge